| | |
|---|---|
| RONALD DEAN  Bar No. 47663 | JS-6 |

1155 Via de la Paz
Pacific Palisades, California 90272
Telephone: (310) 459-1636
Facsimile: (310) 459-6224

Attorney for Plaintiff
DAVID REESE

SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
DENNIS G. ROLSTAD  Bar No. 150006
ERIN A. CORNELL  Bar No. 227135
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
erin.cornell@sdma.com

Attorneys for Defendants
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; SEED MACKALL LLP LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID REESE, | CASE NO. CV 08-8604 VBF (AJWx) |
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; SEED MACKALL LLP LONG TERM DISABILITY PLAN, | |
| Defendants. | |

1  Based upon the parties' Stipulation Re Dismissal of Entire Action with
2  Prejudice, it is hereby ORDERED that this action is dismissed in its entirety.  Each
3  party shall bear his or their own attorneys' fees and costs.

4  IT IS SO ORDERED.

5  DATED: December 16, 2009

*Valerie Baker Fairbank*

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE